UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL L. OVERTON,

    Plaintiff,

v.

MAJOR LEAGUE BASEBALL, et al.,

    Defendants.

Case No. 25-cv-08032 BLF

**ORDER OF DISMISSAL**

    On September 22, 2025, Plaintiff filed a civil rights complaint under 42 U.S.C. § 1983 in *pro se*, against various defendants. Dkt. No. 1. On the same day, the Clerk sent Plaintiff a notice that the civil action was deficient because he did not pay the filing fee or file an *In Forma Pauperis* ("IFP") Application. Dkt. No. 2. Plaintiff was directed to correct the deficiency and provided with the IFP form and postage-paid return envelope, with the warning that the action would be dismissed if he failed to respond within 28 days from the filing date of the notice, i.e., by October 20, 2025. *Id.* The matter was reassigned to the undersigned on October 21, 2025. Dkt. Nos. 8, 9.

    The deadline has passed with no response from Plaintiff to the IFP notice. Accordingly, this action is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending motions (Dkt. Nos. 6, 10) and close the file.

**IT IS SO ORDERED.**

Dated: November 13, 2025

_____
BETH LABSON FREEMAN
United States District Judge

2